Craig K. Perry
Nevada Bar No. 03786
CRAIG K. PERRY & ASSOCIATES
8010 W. Sahara Avenue, Suite 260
Las Vegas, Nevada 89117
Telephone: (702) 228-4777
cperry@craigperry.com

*Attorneys for Plaintiff*

Abran E. Vigil
Nevada Bar No. 7548
Matthew D. Lamb
Nevada Bar No. 12991
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
lambm@ballardspahr.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KIRBY SPENCER,

    Plaintiff,

vs.

BLUESTEM BRANDS, INC.,

    Defendant.

Case No. 2:14-cv-01880-RFB-VCF

**STIPULATION TO DISMISS**

  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LR 7-1, plaintiff Kirby Spencer ("Plaintiff") and defendant Bluestem Brands, Inc. ("Defendant") stipulate as follows:

  1. This is an action by Plaintiff against Defendant alleging violations of the Telephone Consumer Protection Act.

  2. Plaintiff and Defendant have entered a confidential settlement agreement in which they agree to dismiss this action with prejudice.

  3. Accordingly, Plaintiff and Defendant agree that the case should be dismissed with prejudice.

DMEAST #21232108 v2

4. Plaintiff and Defendant further agree that they will each bear their own attorney's fees and costs.

Dated: March 19, 2015.                           Dated: March 19, 2015.

CRAIG K. PERRY & ASSOCIATES                       BALLARD SPAHR LLP

/s/ Craig K. Perry                                /s/ Matthew D. Lamb
Craig K. Perry                                    Abran E. Vigil
Nevada Bar No. 3786                               Nevada Bar No. 7548
8010 W. Sahara Avenue, Suite 260                  Matthew D. Lamb
Las Vegas, Nevada 89117                           Nevada Bar No. 12991
                                                  100 North City Parkway, Suite 1750
*Attorneys for Plaintiff*                         Las Vegas, Nevada 89106

                                                  *Attorneys for Defendant*

### ORDER

IT IS SO ORDERED.

Dated: this 26th day of March, 2015.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DMEAST #21232108 v2

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2015, a true and correct copy of the foregoing **Stipulation to Dismiss** was filed via the Court's CM/ECF System and electronically served by the Court on all parties who have appeared in the action.

/s/ Sarah Walton
An employee of BALLARD SPAHR LLP

DMEAST #21232108 v2